**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **TYLER GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO: 1:20-CV-2514** |
| | ) | |
| **CITY OF ATLANTA, DONALD** | ) | |
| **VICKERS, MATHEW ABAD,** | ) | |
| **and JOHN DOE # 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

**COMES NOW,** Calvin Weis Blackburn III, pursuant to Local Rule 83.1E and makes his Motion for Withdrawal as counsel for Defendants City of Atlanta, Donald Vickers, Matthew Abad, and John Doe #1-5 in the above-captioned action. Alisha Marie Nair, Staci J. Miller, and Jacquita Parks will remain as counsel for the Defendants City of Atlanta, Donald Vickers, Matthew Abad, and John Doe #1-5. All future communications, notices, orders, and pleadings should include the undersigned counsel.

Respectfully submitted this 31 day of August, 2020

*/s/ Calvin Weis Blackburn III*
**CALVIN WEIS BLACKBURN, III**
Senior Attorney
Georgia Bar No. 196674

1

cblackburn@atlantaga.gov
**ALISHA MARIE S. NAIR**
Attorney
Georgia Bar No. 806033
amnair@atlantaga.gov
**STACI J. MILLER**
Assistant City Attorney
Georgia Bar No. 601594
sjmiller@atlantaga.gov
**JACQUITA PARKS**
Assistant City Attorney
Georgia Bar No. 205537
japarks@atlantaga.gov

*Attorneys for Defendants*

City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
(404) 546-4100 (telephone)
cblackburn@atlantaga.gov

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **TYLER GRIFFIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO: 1:20-CV-2514** |
| | ) | |
| **CITY OF ATLANTA, DONALD** | ) | |
| **VICKERS, MATHEW ABAD,** | ) | |
| **and JOHN DOE # 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF FILING AND SERVICE

This is to certify that on August 31, 2020, I filed and served a copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** via the CM/ECF system which will automatically notify the counsel of record.

*/s/ Calvin Weis Blackburn III*
**CALVIN WEIS BLACKBURN, III**
Senior Attorney
Georgia Bar No. 196674
cblackburn@atlantaga.gov
***Attorney for Defendant***

City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
(404) 546-4100 (telephone)
cblackburn@atlantaga.gov