# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-02514-TWT
### Griffin v. City of Atlanta et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 06/21/2021.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:00 P.M.     COURT REPORTER: Diane Peede
TIME IN COURT: 1:00                 DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Butler representing Tyler Griffin<br>Matthew Kahn representing Tyler Griffin<br>Staci Miller representing City of Atlanta<br>Staci Miller representing Donald Vickers<br>Staci Miller representing Matthew Abad<br>Alisha Marie Nair representing City of Atlanta<br>Alisha Marie Nair representing Donald Vickers<br>Alisha Marie Nair representing Matthew Abad |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [77]Motion to Compel GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | The Court heard from the Plaintiff and Defendants on Plaintiff's [77] Motion to Compel Responses to Plaintiff's Third Set of Requests for Production. The Court GRANTED IN PART & DENIED IN PART the motion for the reasons stated on the record. The Court ordered the Defendants to submit their responses within a reasonable amount of time. Plaintiff was directed to submit a proposed order outlining the findings of the Court. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |