


ACRB Members
Paul Bartels
Chairperson
Maceo C. Williams, Sr.
Vice Chairperson
Alan Morris
Secretary

Osa Benson
Bill Bozarth
William Harrison
Barbara Hubbard
Ryan C. Johnson
Labriah Lee
Ruth Price
Samuel Lee Reid II
Executive Director

Mayor of Atlanta
Kasim Reed

Atlanta City Council
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
Post 1
Aaron Watson
Post 2
H. Lamar Willis
Post 3

June 20, 2013

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [REDACTED] ACRB File 13-10

Dear Chief Turner:

Please be advised that the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by Mr. [REDACTED] alleging that Atlanta Police Officer Reginald Burks (Unique ID # 4197) & Sergeant Eddie Smith (Unique ID # 1040) used excessive force against him during an arrest that occurred on December 16, 2012. Mr. [REDACTED] further alleged that during the incident, Sergeant Smith was verbally abusive towards him.

The Board determined that there was sufficient evidence to **Sustain** both allegations against Sergeant Smith. Therefore, the Board is recommending that the following discipline be imposed in concurrence:

- Excessive Force-Five (5) day suspension
- Abusive Language-One (1) day suspension

The Board determined that the excessive force allegation against Officer Burks be assigned a finding of **Unfounded**.

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendations are accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief. See Sec. 2-2211(O) of the Ordinance 07-0-0141

Sincerely,

[signature]

Paul Bartels
Board Chair

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Members of the Atlanta City Council
ACRB Members
Executive Director Lee Reid




July 16, 2014

ACRB Members
William Harrison
Chairperson
Ruth Price
Vice Chairperson
Paul E. Bartels
Secretary

Osa Benson
Bill Bozarth
Alan Morris
Gerald Souder
Maceo C. Williams, Sr.
Sherry B. Williams

Samuel Lee Reid, II
Executive Director

Mayor of Atlanta
Kasim Reed

Atlanta City Council
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
Post 1
Mary Norwood
Post 2
Andre Dickens
Post 3

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [REDACTED], ACRB File 13-97

Dear Chief Turner:

Please be advised that the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by Ms. [REDACTED], alleging that Atlanta Police Officer Antwan Denson (Unique ID #4772) used excessive force when he tased her fifteen year old son, [REDACTED], during a physical dispute between him and another student that occurred at Grady High School on September 12, 2013.

The Board determined that the excessive force allegation against Officer Denson be assigned a finding of **Sustained**. Therefore, the Board is recommending that the following discipline be imposed in concurrence:

- Excessive Force-Four (4) day suspension
- Training on the use of Tasers on juveniles
- Fourth Amendment Rights

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendation is accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief (see Sec. 2-2211(O) of the Ordinance 07-0-0141).

Sincerely,

[signature]

William "Bill" Harrison
Board Chair

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Members of the Atlanta City Council
ACRB Members
Executive Director Samuel Lee Reid



FILE COPY Received by: [signature] 7/31/14

CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
George N. Turner
Chief of Police

July 30, 2014

Mr. William Harrison
Atlanta Citizen Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, Georgia 30303

RE: 13-10 Complaint of [redacted]

Dear Mr. Harrison:

I am in receipt of the Atlanta Citizen Review Board's letter, dated June 20, 2013, recommending that the allegations of excessive force and abusive language against Sergeant Eddie Smith be sustained and the allegation of excessive force be unfounded against Officer Reginald Burks.

The Atlanta Police Department forwarded a response letter indicating the Office of Professional Standards (OPS) had not concluded its investigation into the allegation surrounding an incident regarding Sergeant Eddie Smith, Officer Reginald Burks and Mr. [redacted], and accordingly, had to reject your recommendation. At this time, the investigation has concluded; and as a result thereof, it was determined that Officer Reginald Burks should be exonerated of the allegation that he violated Atlanta Police Department Employee Work Rule 4.2.50, Unnecessary Force. Furthermore, as a result of the investigation is was determined that the allegation of the violation APD Employee Work Rule 4.2.50 Unnecessary Force be not sustained and the allegation of the violation APD Employee Work Rule 4.2.2, Courtesy be sustained against Sergeant Eddie Smith.

Having assessed the Atlanta Citizens Review Board and the Department's investigative findings regarding this matter, I reject the findings of the Atlanta Citizens Review Board.

Major V. Dalton, Commander of the Office of Professional Standards can be contacted at (404) 658-7028, if you have any concerns regarding this complaint.

Sincerely,

[signature]

George N. Turner
Chief of Police

GNT/jw






# CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
George N. Turner
Chief of Police

August 5, 2014

Mr. William Harrison
Atlanta Citizens Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, Georgia 30303

RE: 13-97 Complaint of [redacted]

Dear Mr. Harrison:

I am in receipt of the Atlanta Citizens Review Board's letter dated July 16, 2014, recommending that the allegations against Officer Antwan Denson be sustained for excessive force when he tased [redacted] fifteen year old son, [redacted], during a physical dispute between him and another student that occurred at Grady High School on September 12, 2013.

Based on its investigation, the Atlanta Police Department's Office of Professional Standards has concluded from its investigation to exonerate Officer Antwan Denson of the charge of Atlanta Police Department Employee Work Rule 4.2.50, Unnecessary Force.

Having assessed the findings of both the Atlanta Citizens Review Board and the Department's investigative summaries, I reject the findings of the Atlanta Citizens Review Board.

Major V. Dalton Commander of the Office of Professional Standards can be contacted at (404) 658-7028, if you have any concerns regarding this complaint.

Sincerely,

George N. Turner
Chief of Police

GNT/jw




ACRB Members
William Harrison
Chairperson
Ruth Price
Vice Chairperson
Paul Bartels
Secretary

Bill Bozarth
Alan Morris
Gerald Souder
Maceo C. Williams, Sr.
Sherry Williams

Samuel Lee Reid II
Executive Director

Mayor of Atlanta
Kasim Reed

Atlanta City Council
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
Post 1
Mary Norwood
Post 2
Andre Dickens
Post 3

September 30, 2014

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [redacted], ACRB File #14-002

Dear Chief Turner:

Please be advised that the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by Ms. [redacted] alleging that on July 12, 2013, Atlanta Police Officer Denis Joseph (Unique ID #5031) falsely imprisoned her when he stopped and detained her without "reasonable suspicion" that she had committed a crime. She further alleges that during the incident, Officer Joseph engaged in unnecessary and excessive force when he pointed his city issued firearm at her face and twisted her arm.

The Board determined that both allegations against Officer Joseph be assigned a finding of **Sustained,** and recommend that the following penalties be imposed:

- **False Imprisonment—Oral Reprimand**
- **Excessive Force—Fifteen (15) Day Suspension**

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendation is accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief (see Sec. 2-2211(O) of the Ordinance 07-0-0141).

Sincerely,

[signature]

William Harrison
Board Chair

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Members of the Atlanta City Council
ACRB Members
Executive Director Lee Reid








CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
George N. Turner
Chief of Police

December 18, 2014

Mr. William Harrison
Atlanta Citizen Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, GA 30303

RE: 14-002 Complaint of [redacted]

Dear Mr. Harrison:

I am in receipt of the Atlanta Citizen Review Board's letter dated September 30, 2014 in which it recommends the allegations that Officer Denis Joseph falsely arrested and used excessive force against Ms. [redacted] be sustained.

The Atlanta Police Department's Office of Professional Standards (OPS) has concluded its investigation into this incident. As a result thereof, the allegation that Officer Denis Joseph violated Atlanta Police Department Work Rule 4.2.50 unnecessary force **was not sustained**. A preponderance of the evidence contained in the investigative file did not show that Ms. [redacted] was falsely detained.

Having assessed the Atlanta Citizens Review Board and the Department's investigative findings regarding this matter, I reject the findings of the Atlanta Citizen Review Board.

Lieutenant J. Webb, Assistant Commander of the Office of Professional Standards, can be contacted at 404-546-5945, if you have any concerns regarding this complaint.

Sincerely,

George N. Turner

George N. Turner
Chief of Police

**Received by:**
12/22/14

GNT/jw




December 30, 2014

ACRB Members
William Harrison
Chairperson
Ruth Price
Vice Chairperson
Paul Bartels
Secretary

Bill Bozarth
Alan Morris
Gerald Souder
Maceo C. Williams, Sr.
Sherry Williams

Samuel Lee Reid II
Executive Director

Mayor of Atlanta
Kasim Reed

Atlanta City Council
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
Post 1
Mary Norwood
Post 2
Andre Dickens
Post 3

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [REDACTED], ACRB File #14-022

Dear Chief Turner:

Please be advised, the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by Mr. [REDACTED] alleging that on March 17, 2014, Atlanta Police Officers Ian Mayfield (Unique ID #4830), Steven Ford (Unique ID #4701) and Robert Fisher (Unique ID #5166) engaged in excessive force and abusive language.

The Board determined that the excessive force allegation be assigned the following:

- Officers Mayfield and Ford be assigned a finding of **Not Sustained (the investigation established that there is insufficient evidence to conclude that the alleged misconduct was committed).**
- Officer Fisher be assigned a finding of **Sustained (the investigation established that there is sufficient evidence to conclude that the alleged misconduct was committed).** The Board recognizes that Officer Fisher has been terminated from the department as of October 23, 2014. Therefore, the board also recommends that Officer Fisher be terminated and that the department does not re-hire him.

The Board determined that the abusive language allegation against all of the aforementioned officers be assigned a finding of **Not Sustained**.

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendation is accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief (see Sec. 2-2211(O) of the Ordinance 07-0-0141).

Sincerely,

[signature]

Board Chair
William Harrison

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Members of the Atlanta City Council
ACRB Members
Executive Director Lee Reid






CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
George N. Turner
Chief of Police

January 27, 2015

Mr. William Harrison
Atlanta Citizens Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, Ga. 30303

RE: 14-022 Complaint of [redacted]

Dear Mr. Harrison:

I am in receipt of the Atlanta Citizens Review Board's letter dated December 30, 2014, in which it recommends that Officers Ian Mayfield and Steven Ford be not sustained and Officer Robert Fisher be sustained for the allegation they used excessive force against Mr. [redacted].

The board recommended that the allegation of abusive language be not sustained against all the aforementioned officers.

The Atlanta Police Department's Office of Professional Standards (OPS) has concluded its investigation into this incident. As a result thereof, Officers Mayfield, Fisher and Ford were not sustained of the allegation Atlanta Police Department Work Rule 4.2.50 unnecessary force and the investigation did not develop any evidence of any courtesy issues. Mr. [redacted] did not provide a statement to the Office of Professional Standards as neither Mr. [redacted], nor his attorney cooperated with this investigation.

Officer Robert Fisher is no longer employed with the City of Atlanta Police Department.

Having assessed the Atlanta Citizens Review Board and the Department's investigative findings regarding this matter, I reject the finding of the Atlanta Citizens Review Board.

Major B.K. Martin, Commander of the Office of Professional Standards, can be contacted at (404) 546-5945, if you have any concerns regarding this complaint.

Sincerely,

George N. Turner
Chief of Police

GNT/jw




ACRB Members
William Harrison
Chairperson
Bill Bozarth
Vice Chairperson
Paul Bartels
Secretary

Alan Morris
Ruth Price
Gerald Souder
Sherry Williams

Samuel Lee Reid II
Executive Director

Mayor of Atlanta
Kasim Reed

Atlanta City Council
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
Post 1
Mary Norwood
Post 2
Andre Dickens
Post 3

July 8, 2015

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [REDACTED], ACRB File #14-018 & [REDACTED], ACRB File #14-032

Dear Chief Turner:

Please be advised that the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by Ms. [REDACTED] & [REDACTED] alleging that on February 7, 2014, Atlanta Police Officer Denis Joseph (Unique ID #5031) committed the following acts of misconduct: (1) falsely arrested Ms. [REDACTED], (2) slammed Ms. [REDACTED] head into a brick wall, (3) pointed his firearm at Mr. [REDACTED] and (4) engaged in abusive language at them. Mr. [REDACTED] further alleged that the handcuffs were applied extremely tight.

The Board determined the following:

- The **false arrest** allegation assigned a finding of **Sustained** and recommend that Officer Joseph received a five (5) day suspension and psychological counseling.
- The **excessive force** allegation as it relates only to Ms. [REDACTED] allegation that Officer Joseph slammed her head into a wall be assigned a finding of **Sustained** and recommend that he received a five (5) day suspension and psychological counseling. However, as it relates to the other excessive force allegations raised *(the tight handcuffs and the pointing of the firearm*) the Board assigned a finding of **Not Sustained**.
- The **abusive language** allegation assigned a finding of **Not Sustained**.

The Board further recommends that APD does the following:

1. Any incident that results in the arrest of a citizen, APD should always ensure that the dash cam footage be downloaded and saved;
2. Look into the issue of what took place at the location (999 Dill Avenue) prior to the issuance and execution of the search warrant. Specifically, the allegations that officers went into Mr. [REDACTED] vehicle and appeared to have taken something out of it (*an allegation that was caught on tape*);
3. The incident report indicates that a small plastic bag containing one (1) gram of marijuana was recovered from the passenger side door handle of Mr. [REDACTED] vehicle. However, this item is not listed in the property report and APD's Property Unit has no record of it. APD needs to investigate this matter further to determine what happened to it or if it existed at all;

4. The Use of Force Report was not prepared until eight (8) months after the incident and only after ACRB's inquiry of its existence which is in violation of APD's policies. Therefore, it is recommended that APD look further into this issue and takes appropriate action that is in accordance with APD's disciplinary matrix; and

5. It is further recommended, to lessen response-errors, such as responding to the wrong location that Sergeant Joseph be counseled on the importance of paying attention to details when given an assignment.

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendations are accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief *(see Sec. 2-2211(O) of the Ordinance 07-0-0141)*.

Sincerely,

William Harrison
Board Chair

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Atlanta City Council Members
ACRB Members
Executive Director Lee Reid




ACRB Members
Sherry Williams
Chairperson
Gerald Souder
Vice Chairperson
Paul Bartels
Secretary

Bill Bozarth
M. Gino Brogdon, Jr.
Harold Hardnett
William Harrison
Cecilia Houston-Torrence

Samuel Lee Reid II
Executive Director

Mayor of Atlanta
Kasim Reed

Atlanta City Council
Ceasar C. Mitchell
President
Carla Smith
District 1
Kwanza Hall
District 2
Ivory Lee Young, Jr.
District 3
Cleta Winslow
District 4
Natalyn Mosby Archibong
District 5
Alexander Wan
District 6
Howard Shook
District 7
Yolanda Adrean
District 8
Felicia A. Moore
District 9
Clarence T. Martin
District 10
Keisha Lance Bottoms
District 11
Joyce Sheperd
District 12
Michael Julian Bond
Post 1
Mary Norwood
Post 2
Andre Dickens
Post 3

September 22, 2016

Chief George Turner
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [redacted], ACRB File #16-031

Dear Chief Turner:

Please be advised that the Atlanta Citizen Review Board (ACRB) has concluded its investigation and adjudication of the complaint filed by [redacted] alleging that on February 17, 2016, while at the Zone 5 precinct, Atlanta Police Officers Alex Crawford (Unique ID #3765) and Laszlo Szutor (Unique ID #5383) engaged in unnecessary excessive force when they grabbed him out of a chair, slammed him against the wall, pulled his neck back and then pushed him back into the chair.

The Board determined that the Excessive Force allegation against both Officers Crawford and Szutor be assigned a finding of **Sustained (and disagreed with the Staff's recommendation of Not Sustained for the following reasons:**

The standard for the board to decide these complaints is preponderance of the evidence which is also described as more likely than not. In this case, Mr. [redacted] said excessive force was used against him and described his injuries very specifically. After the incident, Mr. [redacted] was sent to jail for six days and immediately upon his release he went to Grady Hospital and reported the exact same injuries. Also, the officers failed to include vital information pertaining to the case in their reports. Mr. [redacted] had injury complaints/requests for medical attention and the officers made a stop while Mr. [redacted] was in custody. There was no reason to leave this information out of the reports and this goes directly to the officers' credibility. When you combine the evidence of Mr. [redacted] consistent medical complaints, his determination to still go to Grady Hospital for treatment six days after the incident and the failure to include vital information in the reports, the Board found that the officers more likely than not were excessive in the force they used against Mr. [redacted].

As penalty, the Board recommends that Officers Crawford and Szutor receive written reprimands and training on de-escalation.

The Board further recommends that the APD does the following:

1. Both Officers Szutor and Crawford failed to put in their reports that both arrestees (Mr. Jackson and Mr. Johnson) were relocated to the Zone 5 precinct before transporting them to jail. APD.SOP.2010, Section 4.2.21 requires officers to submit complete and accurate reports. Therefore, the Board should recommend that the APD reviews the evidence (the incident reports) and takes appropriate action against both officers that is in accordance with APD's disciplinary matrix.

2. Look into Mr. Jackson's claim that, while at the Zone 5 precinct, his request for medical attention to Officers Szutor, Crawford and an unidentified lieutenant or sergeant was denied.

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendations are accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief (see Sec. 2-2211(O) of the Ordinance 07-0-0141).

Sincerely,

Sherry B. Williams
Board Chair

cc: Mayor Kasim Reed
Council President Ceasar Mitchell
Members of the Atlanta City Council
ACRB Members
Executive Director Lee Reid






CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
George N. Turner
Chief of Police

November 2, 2016

Ms. Sherry Williams
Atlanta Citizen Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, Georgia 30303

RE: 16-31 Complaint of [redacted]

Dear Ms. Williams:

I am in receipt of the Atlanta Citizen Review Board's letter pertaining to the complaint of [redacted] recommending that the allegation of excessive force be sustained against Officers Alex Crawford and Laszlo Szutor.

The Office of Professional Standards has concluded its investigation and it has determined from evidence to not sustain Officers Crawford and Szutor for the Atlanta Police Department Work Rule 4.2.50 Unnecessary Force and agrees with the ACRB staff's recommendation to not sustain. In review of the file, there appears to be no evidence that Mr. [redacted] made any claims of injury, nor was there any evidence that any physical altercation took place while Mr. [redacted] was in the custody of Officers Szutor and Crawford. Officers Szutor and Crawford stated that there was no supervisor present during their encounter with Mr. [redacted] and there was no need for supervisor intervention. In addition, it is not uncommon for officers to go to the precinct to complete citations, reports and complete warrants while an individual is in custody prior to taking them to jail and since there was nothing of significance reported, there stop at the precinct may have been omitted.

Having assessed the Atlanta Citizen Review Board's and the Department's investigative findings regarding this matter, I reject the findings of the Atlanta Citizen Review Board.

Major J. Durant, Commander of the Office of Professional Standards, can be contacted at (404) 546-5945, if you have any concerns regarding this complaint.

Sincerely,

George N. Turner
Chief of Police

GNT/jw






CITY OF ATLANTA

Kasim Reed
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900

Atlanta Police Department
George N. Turner
Chief of Police

December 16, 2016

Ms. Sherry Williams
Atlanta Citizen Review Board
City Hall Tower, Suite 9100
55 Trinity Avenue, SW
Atlanta, Georgia 30303

RE: 14-018 Complaint of [REDACTED]

Dear Ms. Williams:

I am in receipt of the Atlanta Citizen Review Board's letter pertaining to the complaint of [REDACTED] [REDACTED], recommending that the allegations of false arrest and excessive force be sustained against Officer Denis Joseph.

The Office of Professional Standards has concluded its investigation and it has determined, from evidence, to exonerate Officer Denis Joseph for the Atlanta Police Department work rule 4.1.1 Appropriate Action Required and not sustain Officer Joseph for the Atlanta Police Department work rule 4.2.50 Unnecessary Force.

The evidence shows that Officer Denis Joseph was dispatched on a legitimate call for service, and while doing so he mistakenly went to the wrong address, which appeared to be done in good faith. Officer Joseph did observe what appeared to be a violation of the law; the burning smell of marijuana coming from a vehicle parked in the driveway. Afterwards, he attempted to investigate the possible illegal drug activity. In the investigation review, there appears to be no evidence that would suggest Officer Joseph falsely arrested Ms. [REDACTED] during this incident. There was also no evidence that Officer Joseph used excessive force when he took Ms. [REDACTED] into custody. The video supplied by the complainants does not show the actual hands-on portion of the incident. Differing of opinions on the level of force used by Officer Joseph exists, and the medical records of Ms. [REDACTED] do not support her level of injury she claims to have sustained. There was also no evidence that Officer Joseph used any profane language towards Ms. [REDACTED] during this incident. WatchGuard video is regularly saved in any situation where it is deemed necessary and pertinent; as noted in the investigation. Ms. [REDACTED] believes that there should be video from Officer Joseph's patrol vehicle documenting the incident; however, the incident was not a "triggered event" in the WatchGuard system. In any event, Officer Joseph's vehicle was parked facing down the street and the incident took place perpendicular to the car's positioning (outside the camera's view). Officer Michael Soprano was sustained for the Atlanta Police Department work rule violation of 4.2.33 Conformance to Directives. Ms. [REDACTED] made an allegation that money was taken from her vehicle at the time of her arrest. In review of the

neighbors phone video, you can see several officers standing around the open trunk of the vehicle while it was being searched but all the officers on the scene deny taking any money. The cell phone video did show Officer Soprano entering both passenger and driver side of the complainant's vehicle prior to the issuance of a search warrant and he therefore received an oral admonishment. It should be noted that 3.2 ounces of marijuana was turned into property control by Officer Joseph; this total amount included marijuana found in the house pursuant to the search warrant as well as a small amount found in the car when an APD K9 dog alerted on it. This investigation did reveal that Sgt. Andrew Cerul failed to prepare a use of force report required by policy at the time of the incident. Sgt. Cerul was sustained for his violation of the policy and issued an oral admonishment.

Having assessed the Atlanta Citizens Review Board and the Department's investigative findings regarding this matter, I reject the findings of the Atlanta Citizens Review Board.

Major J. Durant, Commander of the Office of Professional Standards, can be contacted at (404) 546-5945, if you have any concerns regarding this complaint.

Sincerely,

George N. Turner
Chief of Police

GNT/jw




ACRB Members

Cecilia Houston-Torrence
Chairperson
Tamara Orange
Vice Chairperson
Tracee McDaniel
Secretary

Trudy Boyce
James Hardy
Keith Hasson
Gloria Hawkins-Wynn
Michael Hopkins
Tamara Orange
Shuntay Pitre
Barbara Ward-Groves
Sherry Williams

Samuel Lee Reid, II
Executive Director

KEISHA LANCE BOTTOMS
Mayor of Atlanta

Atlanta City Council
Felicia a. Moore#
President
Carla Smith#
District 1
Amir R. Farokhi#
District 2
Antonio Brown#
District 3
Cleta Winslow#
District 4
Natalyn Mosby Archibong#
District 5
Jennifer N. Ide#
District 6
Howard Shook#
District 7
J.P. Matzigkeit
District 8
Dustin Hills
District 9
Andrea L. Boone
District 10
Marci Collier Overstreet
District 11
Joyce Sheperd
District 12#
Michael Julian Bond
Post 1 At Large
Matt Westmoreland#
Post 2 At Large
Andre Dickens#
Post 3 At Large

October 25, 2019

Chief Erika Shields
City of Atlanta Police Department
226 Peachtree Street, S.W.
Atlanta, Georgia 30303

RE: Complaint of [REDACTED], ACRB File #15-024

Dear Chief Shields:

Please be advised that the Atlanta Citizen Review Board ("ACRB") has concluded its investigation and adjudication of the complaint filed by [REDACTED] alleging that on February 1, 2015, he was involved in a motor vehicle accident and Sgt. Darren Barr (Unique ID #2030) falsely arrested him.

Mr. [REDACTED] also alleged that during the incident, excessive force was used when: (1) Sgt. Barr threatened to shoot him in the face, (2) Sgt. Barr and Officer Tyler Summey (Unique ID #5348) tased him multiple times, and (3) Officer Summey struck him with a patrol vehicle.

Mr. [REDACTED] further alleged that Sgt. Barr and Officers Tyler Summey, William Wilson (Unique ID #6027), and Timothy Cone (Unique ID #5799) teased him and called him derogatory names while viewing the taser video footages of the incident.

**The Board determined the following:**

1. The allegation of **Appropriate Action Required** related to the false arrest claim against Sgt. Barr be assigned a finding of **Exonerated.**
2. The allegation of **Excessive Force** related to Sgt. Barr placing his Taser on the back of Mr. [REDACTED] neck be assigned a finding of **Sustained and Recommends, as penalty, Training on Use of Force.**
3. The allegation of **Excessive Force** related to the Tasing of Mr. [REDACTED] against Sgt. Barr and Officer Summey be assigned a finding of **Exonerated.**
4. The allegation of **Excessive Force** related to Mr. [REDACTED] claim that Officer Summey struck him with his patrol car be assigned a finding of **Unfounded.**
5. The allegation of **Abusive Language** against Sgt. Barr and Officers Summey, Wilson and Cone be assigned a finding of **Not Sustained.**

*Continued Page 2*

The file is available for review upon request. The ordinance requires that the Chief respond in writing regarding which recommendations are accepted, rejected, or will be implemented with modifications within thirty (30) days of the submission of a recommendation for action by the Board to the Chief, (see Sec. 2-2211(O) of the Ordinance 07-0-0141).

Sincerely,

Cecilia Houston-Torrence
Board Chair

cc: Mayor Keisha Lance Bottoms
Council President Felicia Moore
Members of the Atlanta City Council
ACRB Members
Executive Director Lee Reid



# CITY OF ATLANTA

KEISHA LANCE BOTTOMS
MAYOR

226 PEACHTREE STREET, SW
ATLANTA, GEORGIA 30303
404-546-6900

ATLANTA POLICE DEPARTMENT
ERIKA SHIELDS
CHIEF OF POLICE

December 9, 2019




Ms. Cecilia Houston-Torrence, Chairwoman
Atlanta Citizen Review Board
City Hall Tower - Suite 9100
55 Trinity Avenue SW
Atlanta, GA 30303

**Re: APD Control # 15-C-0104-UAF / ACRB File # 15-024**

Dear Ms. Cecilia Houston-Torrence:

I am in receipt of the Atlanta Citizen Review Board's letter regarding the complaint of Mr. [redacted], the alleged actions of Atlanta Police Sergeant Darren Barr, Officers Tyler Summey, Timothy Cone and William Wilson on the 1st of February 2015, and the Board's determination. An investigation by the Atlanta Police Department's Office of Professional Standards was completed. This letter serves, in accordance with Sec. 2-2213 of the City of Atlanta Code of Ordinances, as a delineation of action taken with respect to the Atlanta Police investigation of the event.

The Atlanta Police Department' Office of Professional Standards conducted and closed its investigation in August of 2015. The Office of Professional Standards found Sergeant Barr and Officer Wilson Exonerated in the use of force allegations in the incident. There was insufficient evidence to sustain or exonerate Office Summey, and he was found Not Sustained on an unnecessary force allegation. There was also insufficient evidence to sustain or exonerate Sergeant Barr as well as Officers Summey and Wilson on an allegation of discourtesy to the complainant. As such, all three were found Not Sustained on that allegation. Officer Timothy Cone was interviewed and classified as a witness only in the investigation.

Regarding the Board's finding of Sustained for Sergeant Barr on the Taser misuse allegation, the Office of Professional Standards found his Taser usage within policy after the investigation was concluded. Sergeant Barr retired from the Atlanta Police Department on August 2nd of 2018 and is no longer an active employee.

The Sustained ACRB finding against Sergeant Barr notwithstanding, the Board's findings are markedly similar to our Department findings. There were differing statements on the allegation that the complainant was struck by Officer Summey with his police vehicle, so the OPS finding of Not Sustained differs slightly from the Board's Unfounded finding on the issue.

I appreciate the opportunity to correspond with the Atlanta Citizen Review Board, and to be made aware of the concerns of the Board. Please do not hesitate to reach-out with any future questions.

Sincerely,

E. Shields

Erika Shields
Chief of Police
City of Atlanta Police Department

ES/sj