IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA ATLANTA
DIVISION

| | | |
|---|---|---|
| TYLER GRIFFIN | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1 :20-cv-2514 |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, DONALD | ) | **JURY TRIAL DEMANDED** |
| VICKERS, MATTHEW ABAD, and | ) | |
| JOHN DOE # 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS VICKERS AND ABAD'S MOTION TO STAY PROCEEDINGS

**COME NOW** Defendants Donald Vickers and Matthew Abad and jointly move the Court to stay all proceedings pertaining to this matter until a federal grand jury investigation into the activities of Defendants Vickers and Abad is concluded.

In support of this motion, these Defendants rely upon the accompanying memorandum of law.

Respectfully submitted, this 28th day of July, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
Email: kwoodward@cmlawfirm.com
Direct Dial: 404-881-2623
Sean Keenan
Georgia Bar No. 523871
Email: skeenan@cmlawfirm.com
Direct Dial: 678-684-2154

*(Attorneys for Defendant Donald Vickers)*

275 Scientific Drive
Suite 2000
Peachtree Corners, GA 30092

**CAROTHERS & MITCHELL, LLC**

By: */s Thomas M. Mitchell*
Thomas M. Mitchell
Georgia Bar No. 513597
*(with express consent by Karen E. Woodward)*

*(Attorneys for Defendant Matthew Abad)*

1809 Buford Highway
Buford, GA 30518
(770) 932-3552
(770) 932-6348 (FAX)
Email:
thomas.mitchell@carmitch.com

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 7.1</u>

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 28th day of July, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen Woodward*
Karen Woodward
Georgia Bar No. 775260

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have electronically filed the within **DEFENDANTS VICKERS AND ABAD'S MOTION TO STAY PROCEEDINGS** with the Clerk of Court using the CM/ECF file and serve system, which will serve an electronic copy of same upon all counsel of record, as follows:

Matthew R. Khan
James E Butler, III
The Butler Law Firm
10 Lenox Pointe
Atlanta, Georgia 30324
jeb@butlerfirm.com
matt@butlerfirm.com

*(Attorneys for Plaintiff)*

This 28th day of July, 2022.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen Woodward*
Karen Woodward
Georgia Bar No. 775260