# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYLER GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, DONALD VICKERS, MATTHEW ABAD, and JOHN DOE NO. 1-5,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:20-cv-02514-TWT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tyler Griffin and Defendants City of Atlanta, Donald Vickers and Matthew Abad hereby stipulate that all claims pending in this action shall be dismissed with prejudice, each party to pay their own attorneys' fees and costs. The reason for dismissal is that the case has settled.

This 12th day of May, 2023.

                                                                 **BUTLER | KAHN**

                                                                  */s/ Matthew R. Kahn*
                                                                  JAMES E. BUTLER, III
                                                                  Georgia Bar No. 116955
                                                                  MATTHEW R. KAHN

<div style="columns:2">

10 Lenox Pointe  
Atlanta, Georgia 30324  
jeb@butlerfirm.com  
matt@butlerfirm.com  
(t) 678 940 1444  
(f) 678 306 4646  

1809 Buford Highway  
Buford, Georgia 30518  
karen.thomas@carmitch.com  
thomas.mitchell@carmitch.com  
angela.couch@carmitch.com  
(t) (770) 932-3552  
(f) (770) 932-6348  

Georgia Bar No. 833443  
*Attorneys for Plaintiff*

**Carothers & Mitchell, LLC**

/s/ Thomas M. Mitchell  
(by MRK w/ express permission)  
KAREN G. THOMAS  
Georgia Bar No. 295330  
THOMAS M. MITCHELL  
Georgia Bar No. 513597  
ANGELA C. COUCH  
Georgia Bar No. 190005  
*Attorneys for Defendant Matthew Abad*

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

/s/ Karen E. Woodward  
(by MRK w/ express permission)  
Karen E. Woodward  
Georgia Bar No. 775260

</div>

Sean. F. Keenan
Georgia Bar No. 523871
*Attorneys for Defendant
Donald Vickers*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, Georgia 30092
kwoodward@cmlawfirm.com
skeenan@cmlawfirm.com
(t) (404) 881-2623
(f) (404) 881-2630

**City of Atlanta Department of Law**

/s/ Staci J. Miller
(by MRK w/ express permission)
Alisha Marie S. Nair
Georgia Bar No. 806033
Staci J. Miller
Georgia Bar No. 601594
Jacquita Parks
Georgia Bar No. 205537
*Attorneys for Defendant
City of Atlanta*

55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
amnair@atlantaga.gov
sjmiller@atlantaga.gov
japarks@atlantaga.gov
(t) 404-546-4185
(f) 404-588-3239

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYLER GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, DONALD VICKERS, MATTHEW ABAD, and JOHN DOE NO. 1-5,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:20-cv-02514 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Karen G. Thomas
> Thomas M. Mitchell
> Angela C. Couch
> Carothers & Mitchell, LLC
> 1809 Buford Highway
> Buford, GA 30518

<div style="text-align: center;">

karen.thomas@carmitch.com  
thomas.mitchell@carmitch.com  
angela.couch@carmitch.com  
*Attorneys for Defendant Matthew Abad*

Karen E. Woodward  
Sean. F. Keenan  
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP  
Meridian II, Suite 2000  
275 Scientific Drive  
Norcross, Georgia 30092  
kwoodward@cmlawfirm.com  
skeenan@cmlawfirm.com  
*Attorneys for Defendant Donald Vickers*

Alisha Marie S. Nair  
Jacquita Parks  
Staci J. Miller  
CITY OF ATLANTA DEPARTMENT OF LAW  
55 Trinity Avenue, S.W. Suite 5000  
Atlanta, Georgia 30303  
japarks@atlantaga.gov  
sjmiller@atlantaga.gov  
amnair@atlantaga.gov  
*Attorneys for Defendant City of Atlanta*

</div>

This 12th day of May, 2023.

            BUTLER | KAHN

            BY: */s/ Matthew R. Kahn*
              JAMES E. BUTLER, III
               Georgia Bar No. 116955
              MATTHEW R. KAHN
               Georgia Bar No. 833443

10 Lenox Pointe

Atlanta, Georgia 30324
jeb@butlerfirm.com
matt@butlerfirm.com
(t) 678 940 1444
(f) 678 306 4646       **ATTORNEYS FOR PLAINTIFF**